L. Paul Mankin (SBN 264038)
The Law Office of L. Paul Mankin
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Phone: 800-219-3577
Fax: 323-207-3885
Email: pmankin@paulmankin.com

Attorneys for Plaintiff
Lisa Nagatoshi

FILED
2013 SEP -3  PM 1:10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA NAGATOSHI,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH SOOHOO; KIMBALL, TIREY & ST. JOHN, LLP; and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Action No.: CV13-06426-RGK (JEM)<br><br>**COMPLAINT FOR:**<br>(1) **VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C. § 1681 – False Pretenses)**<br>(2) **VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C. § 1681 – Willful and Negligent)**<br>(3) **VIOLATION OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**<br>(4) **VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**<br><br>**JURY DEMAND**<br><br>**Demand Exceeds $10,000.00** |

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 29 2013
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

COMPLAINT AND DEMAND FOR JURY TRIAL
- 1 -

# COMPLAINT AND DEMAND FOR JURY TRIAL

LISA NAGATOSHI ("Plaintiff"), by her attorney, L. Paul Mankin alleges the following against KEITH SOOHOO (hereinafter "KS") and KIMBALL, TIREY & ST. JOHN, LLP (hereinafter "KTS" and together known as "Defendants"):

## INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff, an individual, against Defendants, for violations of the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq., as amended.* ("FCRA"), Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, et seq. (hereinafter, "RFDCPA"), and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq., (hereinafter "FDCPA").

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1681(p), which states that such actions may be brought and heard before "any appropriate United States district court, without regard to the amount in controversy."

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2), in that Defendants transact business here, and in that the conduct complained of occurred here.

4. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

**PARTIES**

5. Plaintiff, Lisa Nagatoshi, is a natural person who resides in the City of Torrance, County of Los Angeles, State of California.

6. At all times pertinent hereto, Plaintiff was a "consumer" as that term is defined by 15. U.S.C. § 1681a(c). Plaintiff was also a "consumer as defined by the FDCPA, 15 U.S.C. § 1692a(3) and is a debtor as defined by Cal. Civ. Code § 1788.2(h).

7. Upon information and belief the Defendant, KS is an individual in the business of leasing property in Los Angeles County, and resides in Long Beach County, California.

8. Upon information and belief the Defendant, KTS is a limited liability partnership in California in the business of collecting debt, with its principal place of business at 555 S. Flower Street, Suite 3400, Los Angeles, CA 90071.

9. At all times pertinent hereto, Defendant KTS was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt", as defined by 15 U.S.C. § 1692(a)(5), and a "consumer debt" as defined by Cal. Civ. Code § 1788.2(f). Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt

collector" as defined by the FDCPA, 15 U.S.C. § 1692(a)(6), and RFDCPA, Cal. Civ. Code § 1788.2(c).

10. At all times pertinent hereto, Defendants were "person(s)" as that term is defined by 15 U.S.C. § 1681a(b).

11. Defendants acted through their agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

12. In or about July 2011, Defendant KS obtained a judgment against Plaintiff for unpaid residential lease payments.

13. On August 7, 2012, Plaintiff filed a Chapter 7 Bankruptcy that specifically included Defendant KS' judgment against Plaintiff in Schedule F of the bankruptcy petition. In fact, Plaintiff listed Defendant KS, Defendant KTS, each of their relevant addresses, and described the judgment previously mentioned as the debt owed to in Schedule F of her Chapter 7 Bankruptcy petition. Consequently, Defendants received notice of Plaintiff's bankruptcy filing.

14. On or about November 13, 2012, Plaintiff received a discharge from the bankruptcy court in her Chapter 7 bankruptcy case, discharging all of her unsecured debt, which included Defendant KS' judgment against her. Defendants

were both noticed by the Bankruptcy Court of Plaintiff's discharge following the entry of the discharge order.

15. Despite Plaintiff's debt to Defendant KS being discharged, Defendant continued to attempt to collect the judgment from Plaintiff through Defendant KTS.

16. On January 19, 2013, April 14, 2013, May 15, 2013, and June 2, 2013, Defendant KTS, without obtaining any permission, and without a permissible purpose, accessed Plaintiff's consumer report (hereinafter "credit report") via Experian, the national credit reporting agency.

17. On information and belief, Plaintiff alleges Defendant KTS made four impermissible inquiries of Plaintiff's credit report in connection and in an effort to collecting the discharged judgment Defendants sought to collect.

18. As a result of Defendants' conduct, Plaintiff has suffered great physical, emotional and mental pain and anguish, and Plaintiff will continue to suffer the same for an indefinite time in the future, all to Plaintiff's great detriment and loss.

## FIRST CLAIM FOR RELIEF

## VIOLATION OF THE FCRA - OBTAINING A CONSUMER REPORT BY USE OF FALSE PRETENSES, 15 U.S.C. § 1681 *et seq.*

### (Against all Defendants)

19. Plaintiff repeats and re-alleges and incorporates by reference the preceding paragraphs.

20. Defendants knowingly or negligently used deception and false pretenses to obtain Plaintiff's consumer report, by falsely representing or certifying that the report was being obtained for a permissible purpose.

21. Defendants' conduct in obtaining Plaintiff's credit report under false pretenses violates 15 U.S.C. §1681q.

**WHEREFORE**, Plaintiff requests that this Court enter judgment in his favor and against Defendants as follows:

A. Pursuant to 15 U.S.C. § 1681n(a) (1) (B), award him actual damages, or $1,000 for each access of his credit report obtained by false pretenses, whichever is greater;

B. Pursuant to 15 U.S.C. § 1681n(a) (2), award such punitive damages as the Court deems appropriate;

C. Pursuant to 15 U.S.C. § 1681n(a) (3), award costs of the action and reasonable attorney fees; and

D. Grant such other and further relief as the court deems just and proper.

## SECOND CLAIM FOR RELIEF

## VIOLATION OF THE FCRA—WILLFULLY AND NEGLIGENTLY OBTAINING A CONSUMER REPORT WITHOUT A PERMISSIBLE PURPOSE

### (Against All Defendants)

22. Plaintiff repeats and re-alleges and incorporates by reference the preceding paragraphs.

23. Defendants acted knowingly or negligently in requesting and obtaining Plaintiff's credit report without a permissible purpose, and therefore violated 15 U.S.C. §1681b(f).

24. Defendants' conduct was a direct and proximate cause, as well as a substantial factor, in causing the serious injuries, damages, and harm to Plaintiff that are outlined more fully above, and as a result, Defendants are liable to compensate Plaintiff for the full amount of statutory, punitive, and actual damages, along with attorneys' fees and costs, as well as other such relief, permitted by law.

**WHEREFORE**, Plaintiff requests that this Court enter judgment in his favor and against Defendants as follows:

    A. Pursuant to 15 U.S.C. § 1681n(a)(1)(A), award him actual damages, or not less than $100 and not more than $1,000 for each impermissible access of his credit report, whichever is greater;

    B. Pursuant to 15 U.S.C. § 1681n(a)(2), award such punitive damages as the Court deems appropriate;

    C. Pursuant to 15 U.S.C. §§ 1681n(a)(3) and 1681o, award costs of the action and reasonable attorney fees; and

    D. Grant such other and further relief as the Court deems just and proper.

## THIRD CLAIM FOR RELIEF

## VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, CAL. CIV. Code § 1788, et seq.

### (Against Defendant KTS)

25. Plaintiff repeats and re-alleges and incorporates by reference the preceding paragraphs.

26. Defendant KTS impermissible inquires of Plaintiff's credit report was in connection with an attempt to collect a debt that was legally discharged in bankruptcy and no longer owing by Plaintiff to either Defendant. Consequently, Defendant KTS' actions were an attempt to collect a debt that was not legally owed.

27. § 1788.17 of the RFDCPA mandates that every debt collector collecting or attempting to collect a consumer debt shall comply with the provisions of § 1692b to 1692j, inclusive, of and shall be subject to the remedies in § 1692k of, Title 15 of the United States Code statutory regulations contained within the FDCPA, 15 U.S.C. § 1692d, and §1692d(5).

28. Consequently, Plaintiff alleges Defendant KTS violated § 1692e, e(4), f, and f(1) by of the FDCPA through its impermissible inquiries of Plaintiff's credit report and collection attempts.

29. As a result of the above violations of the FDCPA and RFDCPA, Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish, and emotional distress, and Defendant KTS is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

**WHEREFORE**, Plaintiff requests that this Court enter judgment in his favor and against Defendants as follows:

A. Actual damages;

B. Statutory damages for willful and negligent violations;

C. Costs and reasonable attorney's fees; and

D. For such other and further relief as may be just and proper.

### FOURTH CLAIM FOR RELIEF
### VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692, et seq.
### (Against Defendant KTS)

30. Plaintiff repeats and re-alleges and incorporates by reference the preceding paragraphs.

**WHEREFORE**, Plaintiff requests that this Court enter judgment in his favor and against Defendants as follows:

A. Actual damages;

B. Statutory damages for willful and negligent violations;

C. Costs and reasonable attorney's fees; and

D. For such other and further relief as may be just and proper.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, LISA NAGATOSHI, demands trial by jury in this action.

DATED: August 26, 2013

RESPECTFULLY SUBMITTED,
**The Law Office of L. Paul Mankin**

By: _____
L. Paul Mankin
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____R. Gary Klausner_____ and the assigned Magistrate Judge is _____John E. McDermott_____.

The case number on all documents filed with the Court should read as follows:

**2:13-CV-6426-RGK (JEMx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

September 3, 2013                           By   MDAVIS
Date                                             Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| ☑ Western Division | ☐ Southern Division | ☐ Eastern Division |
|---|---|---|
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

L. Paul Mankin (SBN 264038)
The Law Office of L. Paul Mankin
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Phone: 800-219-3577
Fax: 323-207-3885

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA NAGATOSHI,<br><br>PLAINTIFF(S)<br>v.<br><br>KEITH SOOHOO; KIMBALL, TIREY & ST. JOHN, LLP; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV13-06426-RGK (JEMx)**<br><br>**SUMMONS** |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _L. Paul Mankin_____, whose address is _8730 Wilshire Blvd., Suite 310, Beverly Hills, CA 90211_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Dated: __SEP - 3 2013__

Clerk, U.S. District Court

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
Lisa Nagatoshi

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
Keith Soohoo; Kimball, Tirey & St. St. John, LLP, and Does 1 through 10

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
L. Paul Mankin
The Law Office of L. Paul Mankin
8730 Wilshire Blvd., Suite 310, Beverly Hills, CA 90211
800-219-3577

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violation of 15 USC Section 1681 - Impermissible Credit Report Inquiry; Violation of the FDCPA, 15 USC 1692, and Violation of the RFDCPA, Cal. Civ. Code Section 1788

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☒ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY: Case Number: **CV13-06426**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13)　　　　　　　　　　CIVIL COVER SHEET　　　　　　　　　　Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s):

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s):

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Long Beach County and Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____ DATE: 8/26/13

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |