JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISA NAGATOSHI,**<br><br>**Plaintiff,**<br><br>　　vs.<br><br>**KEITH SOOHOO; KIMBALL, TIREY & ST. JOHN, LLP; and DOES 1 through 10, inclusive,**<br>Defendant. | Case No. **CV2:13-06426-RGK(JEMx)**<br><br>[~~**PROPOSED**~~] **ORDER GRANTING REQUEST RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

　　The Court has reviewed the Request of Plaintiff LISA NAGATOSHI to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to Plaintiff's Request, the Court orders as follows:

///

///

///

1 | That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to
2 | FRCP 41.

**IT IS SO ORDERED**

DATED: January 03, 2014    _____
UNITED STATES DISTRICT JUDGE